**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

**Re:**   David B. Newton                                              **Docket No:  1:09-bk-11734**
Linda M. Newton                                                **Chapter 13**
   Debtors

**Creditor:**   Yellow Book Sales & Distribution Co.

### DEBTORS' OBJECTION TO YELLOW BOOK SALES & DISTRIBUTION CO.'S PROOF OF CLAIM NO. 24

Now come the Debtors in the above-entitled matter and hereby object to Yellow Book Sales & Distribution Co.'s Proof of Claim No. 24 in that the Proof of Claim was filed out of time.

WHEREFORE, the Debtors pray the Honorable Court deny and dismiss the above-entitled claim.

> The Debtors,
> By their attorney,
>
> /s/  Peter M. Iascone
> Peter M. Iascone         #3125
> Peter M. Iascone & Associates, Ltd.
> 117 Bellevue Avenue
> Newport, RI 02840
> (401) 848-5200
> (401) 846-8189 fax
> **iascone@law.necoxmail.com**

| | |
|---|---|
| Re:   David B. Newton | Docket No: 1:09-bk-11734 |
| Linda M. Newton | Chapter 13 |
| Debtors | |

Creditor:    Yellow Book Sales & Distribution Co.


**NOTICE OF TIME TO RESPOND/OBJECT PURSUANT LOCAL RULE 3007 – 1**

Within (10) days after service as evidenced by the certification (twenty (20) days to the extent that the objection to relates to a claim of a U.S. Government agency), and an additional (3) days pursuant to Fed. R. Bankr. P. 9006 if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought hearing, shall serve and file an objection or other appropriate response to this paper with the Bankruptcy Court Clerk's Office, 380 Westminster Mall, Sixth Floor, Providence, Rhode Island 02903, (401) 626-3100.  If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

If you timely file such a response, you will be given 30 days notice of the hearing date for this objection.


**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September 2009 I electronically filed the Debtors' Objection to Proof of Claim with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System.  The following participants have received notice electronically:

- John Boyajian    john@bhrlaw.com, martha@bhrlaw.com

- Gary L. Donahue    ustpregion01.pr.ecf@usdoj.gov


I hereby certify that on September 8, 2009 I have mailed by United States Postal Service, postage pre-paid, the Debtors' Objection to Proof of Claim and a copy of the Notice of Electronic Filing to the attached list of non CM/ECF participants:

Yellow Book Sales & Distribution Co.
Wallick & Associates
51 Jefferson Blvd, Suite 500
Warwick, RI 02888

/s/ Peter M. Iascone