B6B (Official Form 6B) (12/07)

IN RE **Newton, David B. & Newton, Linda M.** _____ Case No. **1:09-bk-11734**
         Debtor(s)                                                                (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **cash** | J | **100.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citizens Bank checking and savings** | J | **3,700.00** |
| | | **Navigant Federal ck and svgs** | J | **20.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Furniture** | J | **3,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **books and pictures** | J | **200.00** |
| 6. Wearing apparel. | | **Clothing** | J | **600.00** |
| 7. Furs and jewelry. | | **Jewelry** | H | **6,800.00** |
| | | **Jewelry** | W | **29,086.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

                              /s/  David B. Newton            /s/  Linda M. Newton

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Newton, David B. & Newton, Linda M.**                              Case No. **1:09-bk-11734**
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 GMC Van**<br>**Acura lease** | J<br>J | **18,500.00**<br>**unknown** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Carpet steam machine**<br>**tools** | J<br>J | **15,000.00**<br>**1,000.00** |
| 30. Inventory. | X | | | |

　　　　　　　　　　　　　　　　　　　/s/ David B. Newton　　　　　　　/s/ Linda M. Newton

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Newton, David B. & Newton, Linda M.**                                Case No. **1:09-bk-11734**
                                          Debtor(s)                                                    (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Animals. | | **Pets** | J | **1,000.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **social sec claim** | J | **28,434.00** |
| | | | TOTAL | **107,940.00** |

     **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

                    /s/  David B. Newton          /s/  Linda M. Newton

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Newton, David B. & Newton, Linda M.**                                              Case No. **1:09-bk-11734**
                              Debtor(s)                                                                              (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **single family home 59 Hyde Ave** | 11 USC § 522(d)(5) | 1,930.00 | 250,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **cash** | 11 USC § 522(d)(5) | 100.00 | 100.00 |
| **Citizens Bank checking and savings** | 11 USC § 522(d)(5) | 3,700.00 | 3,700.00 |
| **Navigant Federal ck and svgs** | 11 USC § 522(d)(5) | 20.00 | 20.00 |
| **Furniture** | 11 USC § 522(d)(3) | 3,500.00 | 3,500.00 |
| **books and pictures** | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| **Clothing** | 11 USC § 522(d)(3) | 600.00 | 600.00 |
| **Jewelry** | 11 USC § 522(d)(4) <br> 11 USC § 522(d)(5) | 1,350.00 <br> 5,450.00 | 6,800.00 |
| **Jewelry** | 11 USC § 522(d)(4) <br> 11 USC § 522(d)(5) | 1,350.00 <br> 11,200.00 | 29,086.00 |
| **2007 GMC Van** | 11 USC § 522(d)(2) | 3,225.00 | 18,500.00 |
| **tools** | 11 USC § 522(d)(6) | 1,000.00 | 1,000.00 |
| **Pets** | 11 USC § 522(d)(5) | 100.00 | 1,000.00 |
| **social sec claim** | 11 USC § 522(d)(10)(A) | 28,434.00 | 28,434.00 |

/s/ David B. Newton                                /s/ Linda M. Newton

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Re:  David B. Newton                                           Docket No: 1:09-bk-11734
     Linda M. Newton                                           Chapter 13

### **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December 2009 I electronically filed Debtors' Amended Schedules B and C with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

- John Boyajian    john@bhrlaw.com, martha@bhrlaw.com

- Gary L. Donahue    ustpregion01.pr.ecf@usdoj.gov

- Joseph P. Ferrucci    jferrucci@frlawri.com, gabodeely@frlawri.com; mberman@frlawri.com; AdministrativeAssistant@frlawri.com

- Brian S. Grossman    bgrossman@princelobel.com, vderby@princelobel.com

- W. Mark Russo    mrusso@frlawri.com, wsmith@frlawri.com

I hereby certify that on December 4, 2009 I have mailed by United States Postal Service, postage pre-paid, Debtors' Amended Schedules B and C and a copy of the Notice of Electronic Filing to the following non CM/ECF participants:  None.

/s/ Peter M. Iascone